IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEPHEN NADASDY, | ) | No. C 07-6284 JSW (PR) |
| Petitioner, | ) ) | |
| vs. | ) ) | **JUDGMENT** |
| SANTA CLARA COUNTY DEPARTMENT OF CORRECTIONS, | ) ) ) | |
| Respondent. | ) ) | |

The Court has dismissed the instant habeas petition without prejudice. A judgment of dismissal is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: April 24, 2008

_Jeffrey S. White_
JEFFREY S. WHITE
United States District Judge

|   |   |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | FOR THE |
| | NORTHERN DISTRICT OF CALIFORNIA |

STEPHEN A NADASDY,

      Plaintiff,

  v.

SANTA CLARA COUNTY et al,

      Defendant.

Case Number: CV07-06284 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 24, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Stephen Nadasdy
07043886
Santa Clara County Department of Correction
Elmwood Complex
701 Abel Street
Milpitas, CA 95035

Dated: April 24, 2008

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk