OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

Stephen Nadasdy
07043886
Santa Clara County Department of Correction
Elmwood Complex
701 Abel Street
Milpitas CA 95035

9410203489

07-6284
JSW

N/L

UNITED STATES POSTAGE
$ 00.580
MAILED FROM ZIP CODE 94102

RETURN TO SENDER

NIXIE        951    SC    1        75   04/29/08

NOT DELIVERABLE TO
RETURN TO    SENDER
UNABLE TO    AS ADDRESSED
             FORWARD

BC:  94102034899999        *0640-01490-24-44